# THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

F.T.,

      Plaintiff,

v.

CARBON COUNTY, et al.,

      Defendants.

:
:
:
:
:
:
:
:
:

3:17-CV-1675
(JUDGE MARIANI)

**FILED**
**SCRANTON**

OCT 1 6 2018

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS ___16th___ DAY OF OCTOBER, 2018, upon consideration of the parties' Protective Order (Doc. 129), this Court recognizes the document as an agreement between the parties, and will accordingly enforce it as such. In doing so, this Court express no opinion as to the merits of the agreement and neither approves nor disapproves of its contents. **ACCORDINGLY, IT IS HEREBY ORDERED THAT** the parties' Protective Order is **ACCEPTED**.


_____
Robert D. Mariani
United States District Court Judge